# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA CORONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-00806-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>TWENTY (20) DAY DEADLINE |

On May 28, 2015, Plaintiff Rosalinda Coronado ("Plaintiff") filed an application to proceed in forma pauperis. (ECF No. 3.) In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services. See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

Plaintiff's application states that her husband earns $2,500.00 per month working in a cheese factory in Modesto, California. Plaintiff's application further states that no persons are dependent upon Plaintiff for support.

/ / /

The 2015 Poverty Guidelines for the 48 contiguous states for a household of two is $15,930. 2015 Poverty Guidelines, http://aspe.hhs.gov/poverty/15poverty.cfm (last visited June 8, 2015). Plaintiff's household income is $30,000.00, based on the information regarding Plaintiff's husband's income.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff wishes to submit any other information relevant to her request to proceed in forma pauperis which is not covered by the form application, Plaintiff may submit that information in a separately filed brief.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. Plaintiff is forewarned that failure to comply with this order may result in denial of her application to proceed in forma pauperis and/or dismissal of this action.

IT IS SO ORDERED.

Dated:   **June 9, 2015**

UNITED STATES MAGISTRATE JUDGE

2