# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSALINDA CORONADO, | Case No. 1:15-cv-00806-SAB |
|---|---|
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF NO. 3 |
| Defendant. | |

On May 28, 2015, Plaintiff Rosalinda Coronado ("Plaintiff") filed an application to proceed in forma pauperis. (ECF No. 3.) On June 9, 2015, the Court ordered Plaintiff to either file a long form application to proceed in forma pauperis or to pay the filing fee because the original application indicated that Plaintiff possessed sufficient income to pay the filing fee. (ECF No. 5.) Plaintiff paid the filing fee on June 29, 2015.

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is DENIED as moot.

IT IS SO ORDERED.

Dated: __**July 1, 2015**__

UNITED STATES MAGISTRATE JUDGE

1