# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA CORONADO, | Case No. 1:15-cv-00806-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF NO. 3 |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall submit her letter brief to Defendant on or before January 15, 2016. All other deadlines in the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **January 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1