# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSALINA CORONADO, | Case No. 1:15-cv-00806-AWI-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| v. | (ECF No. 18) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall file her opening brief on or before May 5, 2016. All other deadlines in the scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated: __March 18, 2016__

_____
UNITED STATES MAGISTRATE JUDGE

1