UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA CORONADO,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant, | Case No. 1:15-cv-00806-SAB<br><br>ORDER ON STIPULATION FOR<br>EXTENSION OF TIME<br>TO FILE OPENING BRIEF<br><br>(ECF No. 22) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.  Plaintiff's opening brief shall be filed on or before June 27, 2016;

2.  Defendant's responsive pleading shall be filed on or before July 27, 2016; and

3.  Plaintiff's reply, if any, shall be filed on or before August 12, 2016.

IT IS SO ORDERED.

Dated: __**May 4, 2016**__

                                        UNITED STATES MAGISTRATE JUDGE