UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA CORONADO,<br><br>　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant, | Case No. 1:15-cv-00806-AWI-SAB<br><br>**ORDER SUBSTITUTING PLAINTIFF AND EXTENDING BRIEFING SCHEDULE** |

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure and the stipulation of the parties and for cause shown, IT IS HEREBY ORDERED that:

1. Tim Coronado, Jr., is substituted as Plaintiff in the above-referenced case.

2. Plaintiff's Opening Brief shall be filed on or before July 15, 2016;

3. Defendants opposition shall be filed on or before August 15, 2016; and

4. Plaintiffs' reply, if any, shall be filed on or before August 31, 2016.

IT IS SO ORDERED.

Dated:   **June 15, 2016**                           _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE