# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINDA CORONADO,<br><br>            Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.: 1:15-cv-00806-AWI-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 28) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that :

1. Defendant shall file an opposition to Plaintiff's opening brief on or before September 14, 2016.

2. Plaintiff's reply, if any, shall be filed on or before September 29, 2016.

IT IS SO ORDERED.

Dated:  **August 12, 2016**

                                                  UNITED STATES MAGISTRATE JUDGE

1