UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIM CORONADO, JR, | ) | Case No. 1:15-CV-00806-AWI-SAB |
| | ) | |
| Plaintiff | ) | ORDER RE STIPULATION FOR ATTORNEY |
| | ) | FEES AND COSTS UNDER THE EQUAL |
| v. | ) | ACCESS TO JUSTICE ACT (EAJA) |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees of four thousand ($4,000.00) dollars and costs of four hundred ($400.00) dollars under the Equal Access of Justice Act to be distributed pursuant to the terms of the parties' agreement.

IT IS SO ORDERED.

Dated: **June 12, 2017**

UNITED STATES MAGISTRATE JUDGE