FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone:     541-419-0074
Fax:             541-593-4452
Email:          jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIM CORONADO, JR, | ) | Case No. 1:15-CV-00806-AWI-SAB |
| | ) | |
|     Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES AND COSTS UNDER THE EQUAL** |
| | ) | **ACCESS TO JUSTICE ACT (EAJA)** |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,
subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal
Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of FOUR THOUSAND dollars
and ZERO cents ($4,000.00).  This amount represents compensation for all legal services rendered on
behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §
2412(d).  The parties also agree that Plaintiff shall be awarded costs in the amount of $400.00,
pursuant to 31 U.S.C. §1304 and 28 U.S.C. §1920.

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the
government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to
Plaintiff's attorney.      The government's ability to honor the assignment will depend on whether the
fees and expenses are subject to an offset allowed under the United States Department of the
Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of
EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If
it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under Astrue v.

**Coronado v. Berryhill**        **Stipulation and Proposed Order  E.D. Cal. 1:15-cv-00806-AWI-SAB**

Ratcliff, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney, and the check for costs shall be made payable to Plaintiff, Tim Coronado.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon 97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  June 9, 2017

JACQUELINE A. FORSLUND
Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff

Date:  June 9 2017

PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/In Seon Jeong*
IN SEON JEONG
Special Assistant United States Attorney
*By email authorization
Attorney for Defendant

Coronado v. Berryhill          Stipulation and Proposed Order   E.D. Cal. 1:15-cv-00806-AWI-SAB

ORDER

APPROVED AND SO ORDERED

IT IS SO ORDERED.

Dated:   June 12, 2017

SENIOR  DISTRICT  JUDGE

**Coronado v. Berryhill**          **Stipulation and Proposed Order   E.D. Cal. 1:15-cv-00806-AWI-SAB**